IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OP NEW MEXICO

**KIMBERLY BEEN**,

      Plaintiff,

v.          **Cause No. 6:09-cv-726 MV/WDS**

**NEW MEXICO DEPARTMENT OF INFORMATION
TECHNOLOGY ("DoIT"), PEARL RUDOLPH,
Individually, as Human Resources Bureau Chief for DoIT,
ELISA STORIE, Individually, as Deputy Cabinet Secretary for
DoIT, and MICHAEL MARTINEZ, Individually, as CNA
Division Director for DoIT,**

      Defendants.

## ORDER GRANTING STIPULATED MOTION
## FOR EXTENSION OF PRETRIAL ORDER SUBMISSION DEADLINES

THIS MATTER having come before the Court on parties' Stipulated Motion for Extension of Pretrial Order Filing Deadline, the Court being fully briefed on the matter and noting that the Motion is stipulated, FINDS the Motion is well taken and,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that parties' Stipulated Motion for Extension of Pretrial Order Submission Deadlines is granted. The (a) Defendants will submit their portions of the Pretrial Order to Plaintiff by May 4, 2011; and (b) Plaintiff will present the completed Pretrial Order to the Court by May 13, 2011.



HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Submitted by:

CUDDY & MCCARTHY, LLP

By:     *Electronically Filed May 3, 2011*
        M. KAREN KILGORE
        Attorney for Defendants
        Post Office Box 4160
        Santa Fe, New Mexico 87504-4160
        (505) 988-4476

    and

HEMPHILL & GRACE, P.C.

By:     *Approved by Diane Garrity Via Email*
        *May 3, 2011*
        LINDA G. HEMPHILL
        PAUL W. GRACE
        Attorneys for Plaintiff
        Post Office Box 33136
        Santa Fe, New Mexico 87594
        (505) 986-8515

SERRA & GARRITY, P.C.

By:     *Approved Via Email May 3, 2011*
        DIANE GARRITY
        Attorneys for Plaintiff
        Post Office Box 8177
        Santa Fe, New Mexico  87504-8177
        (505) 983-6956